In the United States District Court

**FILED**

for the **NORTHERN** DISTRICT OF **CALIFORNIA**

2007 NOV 20 A 11: 56

RICHARD W. WIEKING
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

HOA DUC NGUYEN

CRIMINAL NUMBER: CR 95-20075 RMW

**07 CRIM 1122**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE: DEC 07

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, Hoa Duc Nguyen, defendant, have been informed that an (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Southern District of New York in which I, am held, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: 11/14 20 07 at 2:45/p

(Defendant) Hoa Duc Nguyen

(Witness) SA, FBI NY

(Counsel for Defendants) Edward D. Wilford

(Assistant United States Attorney) M.A. Jeung, AUSA, SDNY

I hereby certify that the annexed instrument is a true and correct copy of the original filed in my office. ATTEST FILED:
RICHARD W WIEKING
Clerk, U.S. District Court
Northern District of California
By: _____
Date: NOV 28 2007

Approved

United States Attorney for the
Northern _____ District of
California

United States Attorney for the
Southern _____
New York

DOCUMENT NO. / USA's INITIALS

DISTRICT COURT
CRIMINAL CASE PROCESSING