# 07 CRIM 1122

No. CR 97 0002

FILED
JAN 0 7 1997
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of ___CALIFORNIA___

_____CRIMINAL_____ Division

## THE UNITED STATES OF AMERICA

vs.

HOA DUC NGUYEN

## INDICTMENT

18 U.S.C. § 3146 -- FAILURE TO APPEAR

A true bill.

_Charles W. McTye_
Foreman

Filed in open court this ___7th___ day,

of ___Jan___ A.D. 19 _97_

~~BRENDA TOLBERT~~
Clerk

Bail. $ _No Bail arrest warrant_

_M.E. James_  MARIA-ELENA JAMES

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: DEC 0 7 2007

```
 1  MICHAEL J. YAMAGUCHI
    United States Attorney
 2
    JOEL R. LEVIN
 3  Chief, Criminal Division

 4  GEOFFREY A. ANDERSON
    Assistant United States Attorney
 5  Chief, Organized Crime Strike Force

 6  STEVEN F. GRUEL
    Assistant United States Attorney
 7  450 Golden Gate Avenue
    San Francisco, CA  94102
 8  Telephone:  (415) 436-6936

 9  Attorneys for Plaintiff

10
                  IN THE UNITED STATES DISTRICT COURT
11
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
12
13  UNITED STATES OF AMERICA,   )   NO. CR 97 20002 RMW
                                )
14           Plaintiff,         )   VIOLATIONS:
                                )
15        v.                    )   Title 18, United States Code, Section
                                )   3146 -- FAILURE TO APPEAR
16  HOA DUC NGUYEN,             )
                                )            (SAN JOSE VENUE)
17           Defendant.         )
    _____)
18

19                         I N D I C T M E N T
20
21  COUNT ONE:     (18 U.S.C. § 3146)

22       The Grand Jury charges:

23       1.   On or about May 16, 1996, in the City of San Jose,

24  County of Santa Clara, State and Northern District of California and

25  elsewhere,

26                         HOA DUC NGUYEN,
```

FILED

JAN 07 1997

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  defendant herein, did knowingly fail to appear in the United States
2  District Court before the Honorable Patricia V. Trumbull, United
3  States Magistrate-Judge, for a hearing regarding the conditions of
4  his pretrial release in criminal case CR 95-20075-RMW, Northern
5  District of California, in violation of Title 18, United States
6  Code, Section 3146.
7  Dated:    January ___, 1997.    A TRUE BILL

                                                       /s/ Charles W. McTygue
                                                       FOREPERSON

/s/ Michael J. Yamaguchi
MICHAEL J. YAMAGUCHI
United States Attorney

(Approved as to Form: /s/ SFGruel )
     AUSA Steven F. Gruel

CLOSED, ICMS

# U.S. District Court
## California Northern District (San Jose)
## CRIMINAL DOCKET FOR CASE #: 5:97-cr-20002-RMW All Defendants
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Nguyen | Date Filed: 01/07/1997 |
| | Date Terminated: 11/20/2007 |

Assigned to: Hon. Ronald M. Whyte

**Defendant**

**Hoa Duc Nguyen** (1)
*TERMINATED: 11/20/2007*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:3146A.F FAILURE TO APPEAR (1) | Consent to Transfer of Case for Plea and Sentence (Under Rule 20) |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA   represented by   **Steven F. Gruel**
U.S. Attorney's Office
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102
(415)436-7200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

[Stamp: I hereby certify that the annexed instrument is a true and correct copy of the original filed in my office. ATTEST FILED: RICHARD W. WIEKING Clerk, U.S. District Court Northern District of California By: [signature] Date: NOV 20 2007 Deputy Clerk]

| Date Filed | # | Docket Text |
|---|---|---|
| 01/07/1997 | 1 | INDICTMENT by AUSA Steven F. Gruel. Counts filed against Hoa Duc Nguyen (1) count(s) 1 (cgb, COURT STAFF) (Entered: 01/13/1997) |
| 01/07/1997 | | Bench Warrant issued for Hoa Duc Nguyen by Mag. Judge Maria-Elena James Bail Set: No Bail (cgb, COURT STAFF) (Entered: 05/29/2003) |
| 11/25/2003 | 2 | ORDER by Judge Ronald M. Whyte of reassignment to executive committee as to defendant Hoa Duc Nguyen (cfe, COURT STAFF) (Entered: 12/27/2004) |
| 12/27/2004 | | (Court only) docket#2 was found on the shelf, undocketed as to defendant Hoa Duc Nguyen (cfe, COURT STAFF) (Entered: 12/27/2004) |
| 11/20/2007 | | Judge update in case as to Hoa Duc Nguyen. Judge Ronald M. Whyte added. Judge Executive Committee no longer assigned to case. (Entered: 11/20/2007) |
| 11/20/2007 | 3 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Southern District of New York Counts closed as to Hoa Duc Nguyen (1) Count 1. (cfe, Court Staff) (Filed on 11/20/2007) (Entered: 11/20/2007) |
| 11/20/2007 | | Mailed Rule 20 Transfer documents to Southern District of New York, New York as to Hoa Duc Nguyen: (cfe, Court Staff) (Filed on 11/20/2007) (Entered: 11/20/2007) |
| 11/20/2007 | | (Court only) ***Case Terminated as to Hoa Duc Nguyen (Entered: 11/20/2007) |

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION — IN U.S. DISTRICT COURT |

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

Name of District Court, and/or Judge/Magistrate Location (City)

**NORTHERN DISTRICT OF CALIFORNIA**

— OFFENSE CHARGED —

18 U.S.C. § 3146 — FAILURE TO APPEAR

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 5 years/$250,000 fine/$50 special assessment/3 years supervised release

— DEFENDANT — U.S. vs.

▶ HOA DUC NGUYEN

DISTRICT COURT NUMBER

FILED
JAN 07 1997
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR 97 0000 RMW

— PROCEEDING —

Name of Complainant Agency, or Person (& Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: MICHAEL J. YAMAGUCHI
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): STEVEN F. GRUEL

— DEFENDANT —

IS *NOT* IN CUSTODY
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction   ☐ Fed'l  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes  ☐ No
If "Yes" give date filed  Mo. / Day / Year

DATE OF ARREST ▶
Or... if Arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY ▶   Mo. / Day / Year

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:

    SUMMONS _____

    BAIL (AMT). <u>No Bail Arrest Warrant</u>

    NO PROCESS* _____

*WHERE DEFENDANT PREVIOUSLY APPREHENDED ON COMPLAINT, NO NEW SUMMONS OR WARRANT NEEDED, SINCE MAGISTRATE HAS SCHEDULED ARRAIGNMENT