UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- v. -

HOA DUC NGUYEN,

Defendant.

07-CR-1122 (PAE)

**ORDER**

---

PAUL A. ENGELMAYER, United States District Judge:

Upon consideration of Hoa Duc Nguyen's October 16, 2023 letter and issues addressed to the Court in connection with his resentencing on October 12, 2023, it is hereby ORDERED that within thirty (30) days of the date of this Order:

1. The Bureau of Prisons shall arrange for a board certified gastroenterologist to conduct an examination of Mr. Nguyen to determine the appropriate medical tests necessary to properly diagnose and treat Mr. Nguyen's gastrointestinal symptoms; and

2. The Bureau of Prison arrange for further diagnostic testing of Mr. Nguyen such as recommended by the gastroenterologist following the above consultation.

The Court directs the United States Attorney's Office to furnish a copy of this order to the general counsel of the MDC – Brooklyn forthwith.

SO ORDERED:

Dated: October 17, 2023

_Paul A. Engelmayer_
Hon. Paul A. Engelmayer
United States District Judge